■ In the Matter of ROBERT J. WHITBREAD, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [723 NYS2d 424] —Order of suspension entered. Present—Green, J. P., Pine, Hayes, Hurlbutt and Lawton, JJ. (Filed Dec. 6, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH W. COOK, Appellant. [722 NYS2d 933] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Dattilo, Jr., J.— Violation of Probation.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY E. GROSS, Appellant. [722 NYS2d 932] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.— Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELMON HENDERSON, Appellant. [722 NYS2d 932] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Dattilo, Jr., J.— Attempted Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE JONES, Appellant. [278 NYS2d 932] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Unauthorized Use Motor Vehicle, 2nd Degree.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD SINGLETON, Appellant. [722 NYS2d 933] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.— Attempted Criminal Possession Weapon, 3rd Degree.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.